NUMBER 13-04-464-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

JAMES PAQUETTE, ET AL.,                                             Appellants,

v.

NUECES COUNTY AND CITY OF 
CORPUS CHRISTI, ET AL.,                                                Appellees.
___________________________________________________________________

On appeal from the 319th District Court 
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, JAMES PAQUETTE, ET AL., perfected an appeal from a judgment
entered by the 319th District Court of Nueces County, Texas, in cause number 93-237-G. After the notice of appeal was filed, the parties filed an agreed motion to
reverse and remand. In the motion, the parties state that they have reached a
settlement in this matter, and they request that the matter be reversed and remanded
to the trial court for entry of judgment pursuant to their agreed settlement. The parties
further request immediate issuance of the mandate so that the agreed judgment may
be entered.
         The Court, having examined and fully considered the documents on file and the
parties’ agreed motion, is of the opinion that the motion should be granted. The
agreed motion to reverse and remand for entry of judgment pursuant to settlement and
for immediate issuance of the mandate is granted. The judgment of the trial court is
hereby REVERSED and the cause is REMANDED to the trial court in accordance with
the parties’ settlement agreement.  
                                                      PER CURIAM
Memorandum Opinion delivered and filed this
the 16th day of December, 2004.